(2017)

| JAN | FEB | MAR | APR | MAY | JUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | (AUG) | SEPT | OCT | NOV | DEC | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | (30) | 31 | |

In The Southern District of Indiana

1:17-cv-3028 SEB-MJD

Michael H. Waller Jr. AKA GOD

vs

Indiana University Bloomington, IN

The Lilly Library

Cause #

FILED
AUG 31 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## The Complaint

Plaintiff swears that Defendants violated his right to worship GOD by denying him the ability to read the Original First Edition - Book of Mormon.

## Parties

1) GOD is the original creator of the universe and mankind and does come to the earth in the form of mankind from time to time to test the effectiveness of the Earths systems. See Declaration case number 16CU2890 GOD WTLM B

2) Indiana University Bloomington, IN AKA The Lilly Library are organizations located and are part of the Indiana University System. They have conspired to hide the truth and to keep sacred text from the public and only available to a few.

Pg 1

## Facts Entitling Plaintiff to Relief.

1) On Tuesday the 29th of August 2017 Waller entered the Lilly Library and began to read the Original Book of Mormon. The First Edition in it purest form is diffrent from the digital text available to the public.

2) On Tuesday the 29th of August 2017 Mr. Waller meet with Mormon Leaders at their tabernacle in Bloomington, IN and did discuss the matter with them.

3) On Tuesday the 29th of August 2017 Waller told staff members that he would be back to continue reading the Book of Mormon. They expressed delight in this and was told that he would be welcome to read the Book at any time.

4) On August 30th 2017 Waller came to the Lilly Library to read the Book of Mormon, and was told he was not allowed to read the Book.

5) At the time 6 staff members were present.

## Count 1

### Violation of the Constitution

Article 1

## Count 2

### Violation of the Mormon Covenants

P 82

2017

JAN FEB MAR APR MAY JUN | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
JUL (AUG) SEPT OCT NOV DEC | 17 18 19 20 21 22 23 24 25 26 27 28 29 (30) 31

## Count 3
### Breach of Trust

## Count 4
Civil Rights violations – Discrimination base on Race, Color or Religion.

## Count 5
violation of ARTICLE 1 of the Constituition of the state of Indiana.

### Request for Relief

1) Plaintiff, request Defendants be moved to the lowest part of Hell of 2,500 years

2) Plaintiff, request Defendants be required to pay 3,500,000. In Damages and 1,400,000,000 in Punitive Damages.

3) Plaintiff request an immediate injuction moving the Books to the Marion County Public Library so it may be made available to the Public for viewing.

4) Plaintiff, does not say The Book of Mormon is the "words of myself, God" Plaintiff seeks the opportunity to read the Document to Determine the validity.

Pg 3

2017

| JAN | FEB | MAR | APR | MAY | JUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| JUL | (AUG) | SEPT | OCT | NOV | DEC | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | (30) | 31 |

## Jurisdiction

The District Court does have Jurisdiction in constitution questions of Law in the southern District of Indiana.

Respectfully Submitted

[signature]

800 West 11th Street
Bloomington, IN 47404
God@Godspage.net
812-679-9242

pg 4

2017

| JAN | FEB | MAR | APR | MAY | JUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| JUL | (AUG) | SEPT | OCT | NOV | DEC | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | (30) | 31 | |

## Certificate of Service

I certify that a copy of this complaint was handed to the person named ___2___ and motion for Relief. at the lilly Library on August 30th 2017.

pg4