UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GOD also known as MICHAEL H. WALLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:17-cv-03028-TWP-MJD |
| INDIANA UNIVERSITY BLOOMINGTON, IN, LILLY LIBRARY, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is dismissed without prejudice.

Date: 2/9/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
    Deputy Clerk

Distribution:

GOD aka Michael H. Waller
3622 Galicia Road, Suite 102
Jacksonville, FL  32217